# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-2813

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Western District of Missouri. |
| Robert Dale Crain, | * | |
| | * | [UNPUBLISHED] |
| Appellant. | * | |

_____

Submitted: March 29, 2001
Filed: April 6, 2001

_____

Before BOWMAN, BEAM, and BYE, Circuit Judges.

_____

PER CURIAM.

Robert Dale Crain pleaded guilty to credit card fraud, in violation of 18 U.S.C. § 1029(a)(2), and was sentenced to 16 months imprisonment and 3 years supervised release. While serving the supervised release portion of his sentence, Crain violated his release conditions. After a hearing, the district court[1] revoked his supervision, and sentenced him to 9 months imprisonment and 27 months additional supervised release. Crain now appeals, challenging his sentence. We affirm.

_____

[1]The Honorable Gary A. Fenner, United States District Judge for the Western District of Missouri.

When a district court finds by a preponderance of the evidence that a defendant has violated a supervised release condition, the court may revoke supervised release and impose imprisonment without credit for time previously served on postrelease supervision. <u>See</u> 18 U.S.C. § 3583(e)(3). We review for abuse of discretion. <u>See</u> <u>United States v. Grimes</u>, 54 F.3d 489, 492 (8th Cir. 1995).

Having reviewed the record and Crain's brief, we conclude his revocation sentence neither exceeds the limits of section 3583(e), nor constitutes an abuse of discretion by the district court. <u>See</u> 18 U.S.C. §§ 1029(c)(1)(A)(i), 3559(a)(3), 3583(e)(3), 3583(h); <u>United States v. St. John</u>, 92 F.3d 761, 766 (8th Cir. 1996).

Accordingly, we affirm.[2]

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[2]We also grant counsel's motion to withdraw representation of Crain.